DISMISS; Opinion issued January 29, 2013



In The

### Court of Appeals
### Fifth District of Texas at Dallas

No. 05-12-01462-CV

## COASTAL FLYING CLUB, LLC, ET AL, Appellants
### V.
## ROBERT H. CHAMBERS, ET AL, Appellees

On Appeal from the 439th Judicial District Court
Rockwall County, Texas
Trial Court Cause No. 1-11-648

## OPINION

Before Chief Justice Wright and Justices Lang-Miers and Lewis
Opinion by Chief Justice Wright

Before the Court is appellants' January 13, 2013 unopposed motion to dismiss this appeal. In the motion, appellants state they no longer wish to prosecute this appeal. We grant appellants' motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

CAROLYN WRIGHT
CHIEF JUSTICE

121462F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

Coastal Flying Club, LLC, et al, Appellant

No. 05-12-01462-CV     V.

Robert H. Chambers, et al, Appellee

On Appeal from the 439th Judicial District Court, Rockwall County, Texas
Trial Court Cause No. 1-11-648.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Lewis participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Subject to any agreement of the parties, it is **ORDERED** that appellees Robert H. Chambers, Addison Aircraft Sales, Inc., and Paul L. Kroiss d/b/a Euro-Jet Aircraft recover their costs of this appeal from appellants Coastal Flying Club, LLC, and The Duffy & Tina Oyster Foundation, Inc.

Judgment entered this January 29, 2013.

CAROLYN WRIGHT
CHIEF JUSTICE